GERALDINE GILBERT, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. UNSATISFIED CLAIM AND JUDGMENT BOARD, DEFENDANT-PETITIONER.

See same case below: 85 *N. J. Super.* 143.

*Mr. Charles J. Kahwaty* for the petitioner.

*Messrs. Marcus & Levy* for the respondents.

January 21, 1965. Denied.

YORK MOTEL ASSOCIATES, PLAINTIFF-PETITIONER, v. ELIZABETH BLUM, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Isadore Glauberman* and *Mr. Sheldon A. Weiss* for the petitioner.

*Mr. Alexander A. Abramson* and *Mr. Sydney I. Turtz* for the respondent.

January 21, 1965. Denied.